**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DAVID DESIR,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | )  **Case No. CIV-26-614-R** |
| | ) |
| **MARKWAYNE MULLIN, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

**ORDER**

This matter comes before the Court for review of a Report and Recommendation [Doc. No. 12] issued by United States Magistrate Judge Amanda L. Maxfield. Judge Maxfield recommends that Petitioner's Petition for Habeas Corpus be granted in part. The case file shows no timely objection to the Report nor request for an extension of time, even though the parties were informed of the right to object, the procedure for doing so, and the consequences of failing to object. The parties have therefore waived the right to appellate review of the factual and legal issues addressed in the Report. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2020).

The Court therefore adopts the Report and Recommendation in its entirety and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is granted in part and Respondents are directed to provide Petitioner an individualized bond hearing within seven days, where the government bears the burden of proof by clear and convincing evidence, or else release Petitioner. Respondents shall certify compliance by filing a status report within ten days.

IT IS SO ORDERED this 18th day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE